## JACKSON v. THE STATE.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—In this case there was no evidence that the offence charged, retailing, was perpetrated in the State.

The judgment is reversed.

*N. W. Gordon* and *H. D. Thompson*, for the appellant.